# UNITED STATES DISTRICT COURT

for the

District of Utah

United States of America
v.
VALELIA TOLEAFOA,
*Defendant*

Case No. 2:26-CR-00426-JCB

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* VALELIA TOLEAFOA ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☑ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 611(a) - Illegal Voting

Date: 10/29/2026

Jared C. Bennett
*Issuing officer's signature*

City and state: Salt Lake City, Utah

Magistrate Judge Jared C. Bennett
*Printed name and title*

**Return**

This warrant was received on *(date)* , and the person was arrested on *(date)*
at *(city and state)* .

Date: 10/29/2026

*Arresting officer's signature*

Jade Hancock HSI/SA
*Printed name and title*